Judge Franklin D. Burgess

**98-CR-00499-ORD**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR98-499 FDB |
| Plaintiff, | |
| v. | ORDER FOR QUASHING ARREST WARRANT |
| ROBERT GEORGE FAHR, | |
| Defendant. | |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Susan B. Dohrmann, Assistant United States Attorney for said District, has moved to quash the arrest warrant in this case.

///
///
///
///
///

[PROPOSED] ORDER/FAHR - 1
CR98-499 FDB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Based on the government's Motion and the reasons set forth therein, leave of Court is granted for quashing the arrest warrant and said warrant is hereby quashed.

DATED this 4th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/Susan B. Dohrmann
SUSAN B. DOHRMANN
Assistant United States Attorney
Washington State Bar No. 13475
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone: 206.553.5326
Fax: 206.553.2422
E-mail: susan.dohrmann@usdoj.gov

[PROPOSED] ORDER/FAHR - 2
CR98-499 FDB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970